## SALINGER v. RUPEL.

[No. 11,088.   Filed April 18, 1922.]

APPEAL.—*Apellee's Failure to File Brief.—Confession of Error.*— Where appellant makes a *prima facie* showing of reversible error, the failure of appellee to file a brief will be treated as a confession of error, and the judgment will be reversed.

From St. Joseph Circuit Court; *Will G. Crabill,* Judge *Pro Tem.*

Action by Earl Rupel against Samuel Salinger. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*Shively, Gilmer, Arnold & Doran* and *Dudley M. Shively,* for appellant.

McMAHAN, J.—Appellant appeals from a decree foreclosing a mechanic's lien, and in support of his assignment of errors and brief in support thereof has made a *prima facie* showing of reversible errors. Appellee has filed no brief and under the circumstances we will treat such failure as a confession of errors.

The judgment is therefore reversed with directions to sustain appellant's motion for a new trial.